**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2021
```

CLEO RANELIN-SILVERS,

      - v. -

AMALGAMATED FINANCIAL CORP,
d/b/a AMALGAMATED BANK,

      Defendant.

**21 Civ. 7529 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

Defendant's request for a 45-day extension of its October 12, 2021, deadline to answer, move, or otherwise respond to the complaint in this matter is granted. Defendant must answer, move, or respond to the complaint no later than November 29, 2021.

**SO ORDERED.**

Dated:    New York, New York
            October 1, 2021

_____
Victor Marrero
U.S.D.J.